*Tuesday, May 3, 1994*
## MOTION DOCKET

**94–916.** State ex rel. Kelly v. Cuyahoga Cty. Bd. of Elections. *Cuyahoga County,* No. 67027. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to grant injunction pending appeal,

IT IS ORDERED by the court that the motion to grant injunction pending appeal be, and the same is hereby, denied, effective May 2, 1994.